UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-------------------------------------------------------X

UNITED STATES OF AMERICA,                   :        Crim. No.: 11-00165-KSH

                                             :

          -against-                          :

                                             :

PASQUALE ZINNA,
     a/k/a "PATTY ZINNA," and "              :
     PATRICK ZINNA," et. al.

                                             :

-------------------------------------------------------X

**ORDER**

       Upon consent of the parties,

       IT IS HEREBY ORDERED, that Pasquale Zinna's bail is modified to permit

unrestricted travel throughout the Southern and Eastern Districts of New York. All other
Conditions of bail Remain the same.

Date:   Newark, New Jersey
        April __11__, 2011

                          S O   O R D E R E D :


                          _____
                          KATHARINE S. HAYDEN, U.S.D.C.J.