UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------X

UNITED STATES OF AMERICA,                :
        -against-                              :    Crim. No. 11-165 (KSH)

ANSELMO GENOVESE, et al.                 :

------------------------------------------------------------X

## ORDER TO MODIFY BAIL

      This Court having considered the application of defendants Pasquale Zinna and Janeen Zinna for a modification of their conditions of release (Sercarz & Riopelle, Diane Ferrone, Esq., appearing on behalf of both defendants) as well as the opposition of the United States of America, Paul J. Fishman, United States Attorney for the District of New Jersey (Leslie Faye Schwartz, Assistant U.S. Attorney, appearing), and for good cause shown,

      It is on this 29th day of June, 2011,

      ORDERED that the conditions of release of defendants Pasquale Zinna and Janeen Zinna are modified to permit their travel to Paradise Island, Bahamas with their three children from Thursday July 7, 2011 through Monday July 11, 2011 provided that the defendants notify Pretrial Services of their itinerary and contact information prior to departing;

      IT IS FURTHER ORDERED that two temporary suretors, acceptable to Pretrial Services, must co-sign the appearance bonds of defendants Pasquale Zinna and Janeen Zinna (one suretor for each bond) by the end of the day on Thursday June 30, 2011 as additional security for the above ordered travel; and

      IT IS FURTHER ORDERED that Pretrial Services shall provide defendants Pasquale Zinna and Janeen Zinna with their passports on July 6, 2011, and that defendants

Pasquale Zinna and Janeen Zinna shall return those passports to Pretrial Services within twenty-four hours of arriving home on July 11, 2011.

IT IS FURTHER ORDERED that all other conditions of release shall remain the same.

_____
KATHARINE S. HAYDEN
United States District Judge